ORIGINAL

# In The United States Court of Federal

ECF

RECEIVED
JUN 1 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)
William L. Centers (Plaintiff)

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Steven D. Gordon

Firm Name: Holland & Knight LLP

05- 591C

Post Office Box:

Street Address: 2099 Pennsylvania Avenue, N.W., Suite 100

City-State-Zip: Washington, D.C. 20006

Telephone & Facsimile Numbers: (202) 955-3000 (T) (202) 955-5564 (F)

E-mail address: steven.gordon@hklaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: [1] [3] [4]

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: [H] [U] [D]

**See attached Sheet for three digit code.**

Amount Claimed: $ "To Be Determined"

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005