# In the United States Court of Federal Claims

Case No. 05-591C
(Filed: November 17, 2005)

***************************************************
WILLIAM L. CENTERS, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
***************************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference on the record is scheduled for 10:00 a.m., on Thursday, December 8, 2005. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 357-6504**.

The Court intends to discuss Defendant's anticipated motion to dismiss this case for lack of subject matter jurisdiction. Accordingly, the **parties shall submit to the Court a Joint Briefing Schedule no later than December 1, 2005.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge