# In the United States Court of Federal Claims

Case No. 05-591C
(Filed: December 8, 2005)

| | |
|---|---|
| WILLIAM L. CENTERS, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

The Court held a preliminary status conference on December 8, 2005, to address potential issues in this matter and schedule further proceedings.

At the outset, the Court advised the parties that his daughter is an associate in the Washington office of Plaintiff's Counsel, and has previously been supervised by Plaintiff's Counsel of Record. Neither party saw this as an impediment to the Court's continuing to preside over this case.

The parties briefly described the claim, which involves an alleged contract of insurance between Centennial Mortgage, Inc., of which Plaintiff was formerly the president and sole shareholder, and the Department of Housing and Urban Development.

The parties have identified two legal issues which they are prepared to litigate immediately. **The Government indicates that it will file a Motion to Dismiss by January 12, 2006. The Plaintiff's response is due February 13, 2006, and the Defendant's reply is due March 2, 2006.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge