IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM L. CENTERS, Plaintiff, | ) | |
| v. | ) | No. 05-591C (Judge Baskir) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR
AN ENLARGEMENT OF TIME OUT-OF-TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time, out-of-time, within which to file defendant's a motion to dismiss. Defendant's motion to dismiss was due to be filed on or before January 12, 2006, and the Court has not granted a prior enlargement for time for this purpose. Plaintiff's counsel indicated that he may respond to this motion.

Counsel worked on a draft motion the week of December 26, 2005, in anticipation of filing the motion. Counsel inadvertently failed to finalize and file that motion at that time, when required to travel on short notice for another matter. When counsel for plaintiff inquired regarding our motion, counsel finalized our motion and prepared this motion. Counsel apologizes to the Court and plaintiff's counsel for the omission and delay.

For the reasons set forth above, defendant requests the Court to grant defendant an enlargement of time, out-of-time, within which to file a motion to dismiss.

Respectfully submitted.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRIAN M. SIMKIN,
Assistant Director

s/John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4325/166-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

February 14, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 14, 2006, a copy of foregoing DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME OUT-OF-TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John S. Groat