# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM L. CENTERS, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | No. 05-591C (J. Baskir) |
| THE UNITED STATES, | ) | |
| *Defendant.* | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME OUT-OF-TIME

Plaintiff, by counsel, makes the following response to defendant's motion for an enlargement of time out-of-time.

During a preliminary status conference on December 8, 2005, a schedule was set for the briefing of the Government's motion to dismiss. The Government was to file that motion by January 12, 2006. The Plaintiff's response was made due by February 13, 2006, and the Government's reply was made due by March 2, 2006.

The Government did not file its motion to dismiss until February 14, 2006, over a month after it was due and after the due date for Plaintiff's

response. The Government filed its motion only after Plaintiff's counsel inquired about why the motion had not been forthcoming.

Plaintiff does not believe that the Government has established any unusual circumstances necessitating its grossly belated request for enlargement of time. Nonetheless, Plaintiff sees no point in opposing the motion for enlargement and moving to strike the motion to dismiss as untimely because the Government could simply raise the same issues later during the course of the litigation. Those issues should be resolved on their merits now.

Accordingly, Plaintiff does not oppose the Government's motion for an enlargement of time out-of-time. Plaintiff requests that the Court allow it until February 22, 2006, to file an opposition to the Government's motion to dismiss. Plaintiff further requests that the Government's reply remain due on March 2, 2006, as originally scheduled.

Respectfully submitted,

s/Steven D. Gordon
STEVEN D. GORDON
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564
steven.gordon@hklaw.com
*Counsel for Plaintiff*

February 16, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2006, a copy of the foregoing Plaintiff's Response to Defendant's Motion for an Enlargement of Time Out-of-Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven D. Gordon

# 3595624_v1