# In the United States Court of Federal Claims

Case No. 05-591C
(Filed: February 21, 2006)

****************************************************
WILLIAM L. CENTERS, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The Court is in receipt of the Defendant's Motion for an Enlargement of Time, Out of Time, to file its Motion to Dismiss, along with the Defendant's Motion to Dismiss, both filed on February 14, 2006. The Defendant's Motion to Dismiss was to be filed on January 12, 2006.

On February 16, 2006, the Plaintiff filed its unopposed response to Defendant's Motion for an Enlargement of Time and a request that the Plaintiff's response be filed February 22 instead of February 13, when it was originally due. Plaintiff also requested that the remainder of the briefing schedule be kept the same – the Defendant's reply is due no later than March 2, 2006.

**Defendant's Motion for an Enlargement of Time, Out of Time, to file its Motion to Dismiss is hereby ALLOWED. Plaintiff's request for an extra 9 days, February 22, 2006, is hereby GRANTED. Defendant shall file its reply no later than March 2, 2006.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge