# In the United States Court of Federal Claims

Case No. 05-591C
(Filed: March 3, 2006)

****************************************************
WILLIAM L. CENTERS, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The Court intends to schedule Oral Argument (on the record) during the month of April regarding the Defendant's Motion to Dismiss.

Accordingly, it is ORDERED that the parties agree upon at least three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed dates no later than March 17, 2006**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m. **Counsel shall appear in person.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge