# In the United States Court of Federal Claims

Case No. 05-591C
(Filed: March 21, 2006)

****************************************************
WILLIAM L. CENTERS, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

This Order confirms **Oral Argument** regarding Defendant's Motion to Dismiss is scheduled in this matter for **1:00 p.m., on Tuesday, April 25, 2006**. The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. **Counsel for both the Plaintiff and the United States shall appear in person.**

Parties shall file a Consolidated Statement of Uncontroverted Facts (CSUF) no later than April 7, 2006. (Please review the instructions for filing a CSUF in the Court's Special Procedures Order filed July 11, 2005.)

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge