# In the United States Court of Federal Claims

Case No. 05-591C
(Filed: April 27, 2006)

***************************************************
WILLIAM L. CENTERS, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
***************************************************

## ORDER

The Court held an Oral Argument on Defendant's motion to dismiss in the above-captioned case on April 25, 2006. In the briefs, the parties refer to documents included as attachments to the Joint Preliminary Status Report, as well as documents not included in the record. This Order confirms the Court's request for a separate Joint Appendix to the briefs to be filed in hard copy with the Clerk of Court. This Joint Appendix should include the attachments to the JPSR, the June 7, 2000 letter from HUD to Centennial, the Stock Purchase Agreement between Kane and Centers, the Assignment Agreement between Centers and Centennial, and any other documents referred to in the briefs or at Oral Argument. The Joint Appendix should be indexed and tabbed, and should include a table of contents.

Parties shall file a hard copy of the Joint Appendix with the Clerk of Court no later than May 9, 2006.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge