# In the United States Court of Federal Claims

**No. 05-591 C**

**WILLIAM L. CENTERS,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Order/Opinion, filed June 1, 2006, granting defendant's Motion to Dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

**June 15, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.