**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WILLIAM L. CENTERS,<br>*Plaintiff,*<br>v.<br>THE UNITED STATES,<br>*Defendant.* | No. 05-591C<br>(J. Baskir) |

**NOTICE OF APPEAL**

Notice is hereby given, pursuant to RCFC 58.1 and Fed. R. App. P. 3, that Plaintiff William L. Centers appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on the 15th day of June, 2006.

Respectfully submitted,

s/Steven D. Gordon
STEVEN D. GORDON
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564
steven.gordon@hklaw.com
*Counsel for Plaintiff*

June 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2006, a copy of the foregoing Notice of Appeal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven D. Gordon

# 3851386_v1